7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Valerie A. Cowick and Kevin S. Cowick
*Debtor*

*Bankruptcy Case No.*
13–40135–can7

**Erlene W Krigel**
    Plaintiff(s)

*Adversary Case No.*
16–04010–can

v.

**Valerie A. Cowick**
**Kevin S. Cowick**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: is entered in favor of the Plaintiff and against the Defendants as follows:
1.The Defendants are ordered to pay to Plaintiff the amount of $3,474.58, being a total of $1,673.58 for the non−exempt portion of the lawsuit settlement, $351.00 for the non−exempt firearms:, $1,100.00 for Plaintiffs attorneys fees, and $350.00 for Court costs.
2.The Defendants discharges are hereby revoked.
3.This judgment is a final judgment for purposes of execution.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
        Deputy Clerk

Date of issuance: 4/6/16

Court to serve